| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Beverly Ann Booze |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Connecticut |
| Case number | 16-31136-AMN |

## Form 4100R
# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:  Mortgage Information

Name of creditor:   U.S. Bank Trust N.A. as Trustee

Court claim no.  (if known):
5

**Last 4 digits** of any number you use to identify the debtor's account:   4  9  5  3

Property address:   c/o BSI Financial Services
Number        Street

1425 Greenway Drive, Suite 400

Irving, TX 75038
City                              State        ZIP Code

### Part 2:  Prepetition Default Payments

*Check one:*

☑ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3:  Postpetition Mortgage Payment

*Check one:*

☑ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   6/1/2020
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.  Total postpetition ongoing payments due:   (a)  $ _____

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)  $ _____

c.  **Total**. Add lines a and b.   (c)  $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   _____
MM / DD / YYYY

Debtor 1    **Beverly Ann Booze**
　　　　　First Name　　Middle Name　　　Last Name

Case number *(if known)*  16-31136-AMN

---

| **Part 4:** | **Itemized Payment History** |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| **Part 5:** | **Sign Here** |
|---|---|

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✘ Stephanie E. Babin
　　Signature

Date  5/19/2020

Print  **Stephanie E. Babin, Esq.**
　　First Name　　Middle Name　　　Last Name

Title  **Attorney**

Company  **Demerle Hoeger LLP**

If different from the notice address listed on the proof of claim to which this response applies:

Address  10 City Square, 4th Floor
　　　　Number　　　　Street
　　　　Boston　　　　　　　　　MA　　02129
　　　　City　　　　　　　　　State　　ZIP Code

Contact phone  (617) 337-4444

Email  Bankruptcy@DHNewEngland.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| In re: | |
|---|---|
| BEVERLY ANN BOOZE, | Chapter 13 |
| Debtor. | Case No. 16-31136-AMN |

## **CERTIFICATE OF SERVICE**

     I, Stephanie E. Babin, Esq. of the law firm of Demerle Hoeger LLP, hereby certify that I have this 19th day of May, 2020 served on behalf of U.S. Bank Trust, NA, as Trustee of the Igloo Series III Trust as services by BSI Financial Services, a <u>Response to Trustee's Notice of Final Cure</u> and this <u>Certificate of Service</u> by causing copies hereof to be sent to all parties entitled to service per the Federal Rules of Bankruptcy Procedure by electronic mail via the Case Management / Electronic Case Files (ECF) system and by first-class U.S. mail (M) to all parties not appearing electronically.

| | |
|---|---|
| Beverly Ann Booze<br>41 Maple Street<br>Hamden, CT 06517 (M) | Francis E. Lamboley, Esq.<br>Lamboley Law Firm<br>1 Evergreen Ave., Suite 20<br>Hamden, CT 06518 (ECF) |
| U.S. Trustee<br>Office of the U.S. Trustee<br>Giaimo Federal Building<br>150 Court Street, Room 302<br>New Haven, CT 06510 (ECF) | Roberta Napolitano, Chapter 13 Trustee<br>10 Columbus Boulevard<br>6th Floor<br>Hartford, CT 06106 (ECF) |

                                                 */s/ Stephanie E. Babin, Esq.*
                                                 Stephanie E. Babin, Esq.